


FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 14 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TARIQ STEVENSON | Criminal Information<br><br>No. 1:25-CR-305 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about April 18, 2024, in the Northern District of Georgia, the defendant, TARIQ STEVENSON, did knowingly possess at least one machinegun as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), that is, a Glock, model 19GEN5, 9mm caliber pistol affixed with a conversion device, a part designed and intended solely and exclusively for use in converting a weapon into a machine gun, all in violation of Title 18, United States Code, Section 922(o).

### Count Two

On or about April 18, 2024, in the Northern District of Georgia, the defendant, TARIQ STEVENSON, knowing that he had been previously convicted of at least one of the following offenses:

- Theft by receiving stolen property (auto), in the Superior Court of Fulton County, Georgia, in or about 2006 (04SC17135);

- Possession of marijuana with intent to distribute, in the Superior Court of Fulton County, Georgia, in or about 2006 (04SC12323);
- Theft by receiving stolen property, in the Superior Court of Fulton County, Georgia, in or about 2006 (04SC22510);
- Aggravated assault, in the Superior Court of Fulton County, Georgia, in or about 2006 (06SC41557);
- Aggravated assault with a deadly weapon, aggravated battery, theft by taking, possession of a firearm during the commission of a felony, and possession of a firearm by convicted felon, in the Superior Court of Fulton County, Georgia, in or about 2010 (10SC93175);
- Obstruction of a law enforcement officer, in the Superior Court of Fulton County, Georgia, in or about 2010 (10SC95860);
- Possession of cocaine with intent to distribute, in the Superior Court of Fulton County, Georgia, in or about 2012 (12SC113874);
- Possession of cocaine with intent to distribute, possession of marijuana with intent to distribute, and possession of Xanax with intent to distribute, in the Superior Court of Fulton County, Georgia, in or about 2015 (13SC121654);
- Battery – family violence, in the Superior Court of Fulton County, Georgia, in or about 2015 (14SC126499);
- Possession of cocaine with intent to distribute, possession of firearm or knife during commission of a felony, and possession of firearm by convicted felon, in the Superior Court of Fulton County, Georgia, in or about 2015 (15SC132535);

- Battery – family violence, in the Superior Court of Fulton County, Georgia, in or about 2015 (14SC126510);
- Possession of cocaine, and possession of a Schedule IV controlled substance, in the Superior Court of Fulton County, Georgia, in or about 2015 (14SC129330); and
- Aggravated assault with a deadly weapon, possession of a firearm during the commission of a felony, and possession of a firearm by convicted felon, in the Superior Court of Fulton County, Georgia, in or about 2022 (21SC179035),

did knowingly possess at least one of the following:

- One (1) firearm, that is, a Glock, model 19GEN5, 9mm caliber pistol affixed with a conversion device; and
- Ammunition,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

### Count Three

On or about April 18, 2024, in the Northern District of Georgia, the defendant, TARIQ STEVENSON, knowing that he had been previously convicted of the following misdemeanor crime of domestic violence, that is:

- Family violence battery, in the Superior Court of Fulton County, Georgia, in or about 2006 (06SC41557),

3

did knowingly possess at least one of the following:

- One (1) firearm, that is, a Glock, model 19GEN5, 9mm caliber pistol affixed with a conversion device; and

- Ammunition,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Information, the defendant, TARIQ STEVENSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses, including but not limited to the following:

   a. one (1) Glock, model 19, 9mm caliber pistol with automatic switch, serial number BRFM009;
   b. twenty-three (23) rounds of 9mm caliber ammunition; and
   c. one (1) thirty-round extended Glock magazine.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property

THEODORE S. HERTZBERG
 *United States Attorney*

*Lauren E. Renaud*
LAUREN E. RENAUD
 *Assistant United States Attorney*
Georgia Bar No. 241250

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5